# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 4, 2023
Lyle W. Cayce
Clerk

No. 23-30248

_____

In the matter of Kecia Esteen and Nathaniel Joseph

*Debtors*,

Kecia Esteen; Nathaniel Joseph; Frank Mitchell, Sr.; Lucinda Mitchell; Nathaniel Joseph, III; Nicholas Joseph; Nathan Joseph,

*Plaintiffs—Appellants*,

*versus*

Honorable Meredith Grabill, *United States Bankruptcy Court, Eastern District of Louisiana*; Barbara Fulton, *Trustee*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-263

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of October 4, 2023, for want of prosecution. The appellants failed to timely file appellants' brief.

No. 23-30248

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____
       Whitney M. Jett, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Oct 04, 2023**

**Clerk, U.S. Court of Appeals, Fifth Circuit**